FILED

05/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0360

IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 21-0360

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

ELGIN FABER and COLLEEN
FABER,

   Plaintiffs, Appellants
   and Cross-Appellees

  -vs-

KEITH RATY, COLLEEN RATY, et
al,

   Defendants, Appellees,
   and Cross-Appellants.
::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER GRANTING
EXTENSION OF TIME**

Pursuant to the authority granted under M.R.App.P. 26(1),

Appellee/Cross-Appellants are given an extension of time until June, 24, 2022, to

prepare, file and serve the Combined Answer and Cross-Appeal Brief of

Appellees/Cross-Appellants.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
May 24 2022